UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| -against- | : Hon. William H. Walls |
| | : Cr. No. 12-00315 (WHW) |
| OLIVER CASTILLO-MEJIA, | : <u>CONSENT ORDER</u> |
| Defendant. | : |

This matter having been opened to the Court on May 8, 2012, by David J. Goldstein, Esq., and the Government having consented to the modification of the defendant's bail conditions, only to the extent of removing the condition of home detention with electronic monitoring,

IT IS HEREBY ORDERED, that the defendant's bail conditions are modified, only to the extent of removing the condition of home detention with electronic monitoring, and

IT IS FURTHER ORDERED, that all other conditions of the defendant's release shall remain in full force and effect.

22 May 2012

HON. WILLIAM H. WALLS
United States District Judge