UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2012 DEC 4 AM 11 02

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 11MJ8149-02 |
| V. | : | RECOGNIZANCE NO. NEW3887 |
| OLIVER CASTILLO-MEJIA | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| Defendant | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of twenty-five thousand dollars ($25,000) was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record.

IT IS ON THIS 20th day of November, 2012,

ORDERED THAT the sum of twenty-five thousand dollars ($25,000) be returned to Mercedes Diaz, 114-40 130th Street, South Ozone Park, NY 11420.

_____
JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT